**95–2080.** State v. Castro. *Franklin County,* No. 94APA09–1331. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., RESNICK and PFEIFER, JJ., dissent.

**95–2085.** State v. Capone. *Cuyahoga County,* No. 67971. On motion for leave to file delayed appeal. Motion granted.

WRIGHT, F.E. SWEENEY and PFEIFER, JJ., dissent.

**95–2090.** State v. Baker. *Stark County,* No. CA–9276. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**95–2095.** Troutman v. Allstate Ins. Co. *Summit County,* No. 17086. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte,* cause consolidated with 95–1858, *infra,* and cause held for the decision in 94–2765, *infra.*

**95–2101.** State v. Galloway. *Lucas County,* No. L–94–209. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

RESNICK, J., not participating

**95–2112.** State v. Prather. *Brown County,* No. CA94–08–010. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., RESNICK and PFEIFER, JJ., dissent.

## DISCRETIONARY APPEALS ALLOWED

**95–1340.** State v. Paxton. *Lucas County,* No. L–93–227.

MOYER, C.J., WRIGHT and COOK, JJ., dissent.

**95–1522.** Phillips v. Burt. *Montgomery County,* No. 14532.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**95–1616.** Mishr v. Poland Bd. of Zoning Appeals. *Mahoning County,* No. 93 C.A. 234.

MOYER, C.J., WRIGHT and COOK, JJ., dissent.

**95–1858.** Troutman v. Allstate Ins. Co. *Summit County,* No. 17086. Discretionary appeal allowed and cause consolidated with 95–2095, *supra; sua sponte,* cause held for the decision in 94–2765, *Girgis v. State Farm Mut. Auto. Ins. Co.,* Cuyahoga County, No. 66970; briefing schedule stayed.